**Exhibit A to the Complaint**

**Location:** Cleveland, OH  **IP Address:** 75.179.60.73
**Total Works Infringed:** 54  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 60FEB3E4F343965C4C847A6F071D77F52C61BB52 | 01/16/2025 13:04:53 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 2 | 42760c789df05e530c33ee99321ea23f020f1e44 | 01/18/2025 06:12:46 | Blacked | 10/05/2024 | 10/16/2024 | PA0002494696 |
| 3 | 02792d1c4f09a8455a1c688d36585657bad6d16a | 12/11/2024 13:26:54 | Blacked | 12/09/2024 | 12/13/2024 | PA0002506321 |
| 4 | ddb0bf17c197427dd020f7c5ba375f9ac56966e6 | 12/11/2024 13:24:19 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 5 | d2712e38602d277959460700679d964fdba05e71 | 11/28/2024 16:59:21 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 6 | 5ff6e0c678aa407e522e4d1acb7e83f2f0d423df | 11/16/2024 12:28:03 | Vixen | 07/05/2024 | 07/16/2024 | PA0002480633 |
| 7 | 013cb157f0f42cda672bda15e0c895e3656cd43c | 10/25/2024 12:40:29 | Blacked | 09/30/2024 | 10/16/2024 | PA0002494709 |
| 8 | 6858f89f7c9fa86b878d7bafb26aab415084b7e6 | 10/25/2024 12:38:40 | Vixen | 10/18/2024 | 11/18/2024 | PA0002500907 |
| 9 | 3a30951a03cd31e699feb7e0c56b73ed6bc92b45 | 10/17/2024 12:22:19 | Tushy | 06/30/2024 | 07/15/2024 | PA0002480674 |
| 10 | 799b73ab22082321d7325321da8ae91aa4cce509 | 10/17/2024 12:22:01 | TushyRaw | 10/15/2024 | 11/18/2024 | PA0002500923 |
| 11 | ae67f5cb52c0ed82b74cb3ca6e4028ee51bfd7cf | 10/17/2024 12:21:31 | Blacked | 08/06/2024 | 08/14/2024 | PA0002484881 |
| 12 | 1c1956c9590d17c6f16ffcba8de6f745df390a2f | 10/17/2024 12:21:02 | Blacked | 08/01/2024 | 08/14/2024 | PA0002484879 |
| 13 | 9cd5e41b07b44372f2ae659620400f24c9d3a220 | 10/17/2024 12:20:49 | Blacked | 08/21/2024 | 09/17/2024 | PA0002490358 |
| 14 | efb1edb783a9df187cccb23dc4675c299fdbe437 | 10/17/2024 12:20:32 | Tushy | 08/25/2024 | 09/18/2024 | PA0002490453 |
| 15 | dbcc4a85e977e6febddea09e5fe012273f8a4669 | 10/17/2024 12:19:25 | TushyRaw | 10/08/2024 | 10/16/2024 | PA0002494718 |
| 16 | ea2c3817b99cce33999b99e6f4732c463cdc924b | 10/17/2024 12:19:12 | Blacked Raw | 09/16/2024 | 10/16/2024 | PA0002494705 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | bb1f2ea4e9da59fc922078eb198bedc61c04253b | 10/17/2024 12:19:11 | Blacked Raw | 09/02/2024 | 09/17/2024 | PA0002490348 |
| 18 | 20e5d476cf6fa19c4991b3a65831010a53f8a26c | 10/17/2024 12:19:04 | Vixen | 08/23/2024 | 09/18/2024 | PA0002490435 |
| 19 | eac78af71ded04093fd1d50774a778880d535f15 | 10/17/2024 12:19:03 | Tushy | 07/28/2024 | 08/14/2024 | PA0002484831 |
| 20 | 100ad215bc9b1f19bab6e9c21020dcd28f5a9616 | 08/22/2024 16:19:40 | Tushy | 08/18/2024 | 09/18/2024 | PA0002490454 |
| 21 | 2d082b7e0b54723dc76cbe4c2050829c902e64bd | 08/22/2024 16:19:30 | TushyRaw | 07/23/2024 | 08/15/2024 | PA0002484859 |
| 22 | fb60fca8c32ed522387abebd37dd2fc638ac7421 | 08/22/2024 16:19:19 | TushyRaw | 08/20/2024 | 09/18/2024 | PA0002490534 |
| 23 | 6b02d708c6c6859c5ec0bebe8a0e3f851ede4f24 | 08/22/2024 16:18:03 | Blacked Raw | 07/22/2024 | 08/14/2024 | PA0002484878 |
| 24 | 645d6ad60d2cd29263480e869fc1c48447d4faac | 07/11/2024 06:27:07 | Blacked | 07/07/2024 | 07/15/2024 | PA0002480445 |
| 25 | 8969C7E45C2254213F75464AFE4AEF66D85481DA | 07/11/2024 06:24:49 | Blacked | 07/02/2024 | 07/15/2024 | PA0002480438 |
| 26 | 7DF635295F52568C1FDE4B4890265E0121F8EB0A | 07/11/2024 06:21:59 | Blacked | 05/28/2024 | 06/18/2024 | PA0002476882 |
| 27 | f38f2ddb58292469374ed21e5ec729d923df36cf | 07/10/2024 15:49:49 | Milfy | 07/03/2024 | 09/05/2024 | PA0002491137 |
| 28 | 2c5d449ec8953d17e08ce8523daf8cca40ff743e | 07/10/2024 15:48:30 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |
| 29 | 4a9b635e88cf5f661f7fb62e71ef445a5965ab2f | 07/08/2024 01:02:11 | TushyRaw | 06/04/2024 | 06/18/2024 | PA0002476918 |
| 30 | ed2b51d76217068113054d2ba85d07334978216d | 07/08/2024 01:01:37 | Milfy | 04/24/2024 | 06/24/2024 | PA0002477539 |
| 31 | 60da855fcf4199aa9e85cf0f4aec9c4b0093fd3d | 07/08/2024 01:01:16 | Slayed | 05/28/2024 | 09/05/2024 | PA0002491140 |
| 32 | 2675d00c5bef8d87ab253229743f297db68b0da5 | 07/08/2024 00:57:33 | Tushy | 06/23/2024 | 07/15/2024 | PA0002480666 |
| 33 | c593d49fe2cbb2c16354843cacbe288d2527497f | 07/06/2024 05:09:49 | Tushy | 05/26/2024 | 06/19/2024 | PA0002476873 |
| 34 | f460128c54de06134c71227b9572fd1a2661e426 | 07/06/2024 05:09:30 | Tushy | 06/02/2024 | 09/04/2024 | PA0002490145 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 550edc5b4d6fdeba66300bba25803a0c8c887939 | 07/06/2024 05:05:14 | Tushy | 06/16/2024 | 07/15/2024 | PA0002480649 |
| 36 | AA22F2CD2ED007CE11D1639BA548C9346BDB69AE | 07/06/2024 05:03:35 | Tushy | 08/14/2022 | 08/30/2022 | PA0002367744 |
| 37 | b836a7432fd11cb1901f13bf646d9de5e9274a53 | 07/05/2024 03:46:07 | Milfy | 06/05/2024 | 09/09/2024 | PA0002492284 |
| 38 | 44EE8007D31DF8D2883B228679B50BB1595A5667 | 07/04/2024 15:53:31 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 39 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | 07/04/2024 15:53:27 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 40 | c8ac9cd289036f63eea9f5a9037000d816280234 | 07/04/2024 15:51:41 | Blacked | 06/27/2024 | 07/15/2024 | PA0002480447 |
| 41 | 94c9fee85182bdfc2b14dfffb1ea5e74734c2d07 | 06/28/2024 16:06:54 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 42 | 0b544116fd3c71c0740768325184da293a9b4a29 | 06/28/2024 16:02:26 | Blacked | 06/22/2024 | 07/15/2024 | PA0002480452 |
| 43 | e9b275d900eaa0f53af83265046bcf79d93e80f6 | 06/28/2024 16:01:49 | Blacked | 06/12/2024 | 06/18/2024 | PA0002476932 |
| 44 | cccc05c8c3cf47939e8c4b57ae7d47524fd6aee6 | 06/28/2024 16:01:47 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 45 | 5d69bc93d3a194ea942cac720eb78042798a46ff | 06/28/2024 16:01:20 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 46 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | 06/28/2024 15:59:28 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 47 | 189365778432d4d8f2b9e218363e360487d3a3be | 06/28/2024 15:59:24 | Blacked | 06/02/2024 | 09/04/2024 | PA0002490168 |
| 48 | 55be20a3ef1f862a4f67e3b416c273666d44c068 | 06/28/2024 15:59:20 | Blacked | 06/07/2024 | 09/04/2024 | PA0002490141 |
| 49 | A13372D383B6487823771167C3024FF64D0BAF6F | 06/10/2024 11:30:26 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 50 | 7b6cee63cf3f15e466e85fd83cdcdc0982be6d41 | 06/03/2024 14:47:03 | Milfy | 05/15/2024 | 06/20/2024 | PA0002477041 |
| 51 | 08ff3f3b797f6ac10620ade6314556bd8e21fec0 | 06/03/2024 09:56:53 | Milfy | 05/29/2024 | 09/05/2024 | PA0002491135 |
| 52 | 400625A24D4B1350C5C9869DC1C9F7767C73C4D3 | 06/02/2024 12:04:10 | Tushy | 06/30/2018 | 07/26/2018 | PA0002112157 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 9E757F2B0F0628FA2CF6D14E2592E149523CF8ED | 04/24/2024 12:55:41 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 54 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | 02/23/2024 13:52:17 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |